Waterworks v Seachrome Corporation Exhibit A

| EXHIBIT A* | | | |
|---|---|---|---|
| Transfers | | | |
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| SEACHROME CORPORATION | 207874 | 2/5/2009 | $7,179.32 |
| SEACHROME CORPORATION | 208268 | 2/19/2009 | $1,161.87 |
| SEACHROME CORPORATION | 50004989 | 4/30/2009 | $4,903.10 |
| | | | $13,244.29 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation